**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ESPIGMENIO HERNADEZ, JR.,

           Plaintiff,

           v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

           Defendants.

Case No. 15-CV-944 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion for summary judgment, ECF 35, is **GRANTED,** and Plaintiff's cross-motion for summary judgment, ECF 38, is **DENIED.**

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: January 19, 2024

1